From: William Younghans <wyounghans@lawpetroff.com>
To: rbslz30@aol.com <rbslz30@aol.com>
Subject: SALE DATE 7-7-17 POSTPONED
Date: Wed, Jul 5, 2017 11:20 am

Ralph,

GOOD NEWS- your sale date has been postponed!!! I received your fax regarding Barbaras tax returns and Social Security income. Please work on getting the rest of the documents so I can submit a complete package ASAP.

Thank You,

**William Younghans** | Underwriter

**Petroff Amshen LLP**

1795 Coney Island Avenue | 3rd Floor | Brooklyn, NY 11230

Phone 718.336.4200 | Fax 718.336.4242

wyounghans@lawpetroff.com

www.lawpetroff.com

CONFIDENTIALITY NOTICE: THIS E-MAIL AND THE DOCUMENTS ACCOMPANYING THE TRANSMISSION MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USES OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPY, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE TO ARRANGE THE RETURN OF THE DOCUMENT TO US. THANK YOU.