United States Bankruptcy Court

Eastern District of New York

-----------------------------------------------------------x

In Re: Melissa L. Bolgehn                                    Chapter 7

                                                             Case #: 19-46083

-----------------------------------------------------------x

Melissa L. Bolgehn, I am the Debtor in the above entitled action and I swear under penalty of Perjury as follow:

1. I am the Debtor in the above entitled action.
2. I am one of the owners of 78-13 79 Street, Glendale NY 11385.
3. I paid an attorney in excess of $20,000 in the past few years to assist me with foreclosure defense.
4. They advised me they were working on my case.
5. They also advised me via email that the sale date of July 7, 2017 was cancelled.
6. I learn that the attorney misrepresented the fact to me and the home was already sold.
7. I have been attempting for the past two years with my parents to obtain possession of the property again.
8. The current owners are nonresponsive to me and my attorneys.
9. I request that the stay remain in place until the conclusion of my bankruptcy case.
10. I request that the current owner/creditor contact my attorney for resolution to this matter.

Dated: November 9, 2019

*Melissa L. Bolgehn* (signature)

Melissa L. Bolgehn

Notary:

Sworn before me this 9th day of November 2019

_____
An... Canale
Notary Public State of New York
No. 02CA6068340
Qualified in Queens County
Commission Expires 12/31/